# EXHIBIT

# G

## Veritext, LLC - Southeast Region

Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: ▉▉▉▉▉▉



| | | | |
|---|---|---|---|
| Bill To: | Ava Conger | **Invoice #:** | **4675910** |
| | Kilpatrick Townsend & Stockton LLP | **Invoice Date:** | **11/30/2020** |
| | 1100 Peachtree St NE | **Balance Due:** | **$1,270.80** |
| | Suite 2800 | | |
| | Atlanta, GA, 30309 | | |

| | |
|---|---|
| **Case: KSSR Properties, LLC v. Crown Castle Fiber, LLC, Et Al (119CV02708TCB)** | **Proceeding Type: Depositions** |

Job #: 4317216   |   Job Date: 11/9/2020   |   Delivery: Normal

| | |
|---|---|
| Location: | Roswell, GA |
| Billing Atty: | Ava Conger |
| Scheduling Atty: | Edward Burch Esq | Smith Gambrell Russell LLP |

| Witness: 30(b)(6) James Roger "Buster" Skinner | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 368.00 | $3.15 | $1,159.20 |
| Exhibits - Color | 11.00 | $0.55 | $6.05 |
| Exhibits | 31.00 | $0.55 | $17.05 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Witness Read and Sign Services | 1.00 | $12.50 | $12.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,270.80** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,270.80** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 95 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ▉▉▉▉▉▉

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4675910** |
| **Invoice Date:** | **11/30/2020** |
| **Balance Due:** | **$1,270.80** |

29450

## Veritext, LLC - Southeast Region

Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: ▮▮▮▮▮▮▮



| Bill To: | Ava Conger | | |
|---|---|---|---|
| | Kilpatrick Townsend & Stockton LLP | **Invoice #:** | **4771905** |
| | 1100 Peachtree St NE | **Invoice Date:** | **1/18/2021** |
| | Suite 2800 | **Balance Due:** | **$632.50** |
| | Atlanta, GA, 30309 | | |

| Case: KSSR Properties, LLC v. Crown Castle Fiber, LLC, Et Al (119CV02708TCB) | Proceeding Type: Depositions |
|---|---|

Job #: 4374106   |   Job Date: 1/7/2021   |   Delivery: Normal

Location:          Roswell, GA

Billing Atty:     Ava Conger

Scheduling Atty: Edward Burch Esq | Smith Gambrell Russell LLP

| Witness: James McNeely | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 161.00 | $3.15 | $507.15 |
| Exhibits | 67.00 | $0.55 | $36.85 |
| Litigation Package (all Electronic Files) | 1.00 | $48.00 | $48.00 |
| Witness Read and Sign Services | 1.00 | $12.50 | $12.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| Notes: | Invoice Total: | $632.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $632.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ▮▮▮▮▮▮▮

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:**      **4771905**
**Invoice Date:**   **1/18/2021**
**Balance Due:**    **$632.50**

29450

# Veritext, LLC - Southeast Region

Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: ███████



| | | | |
|---|---|---|---|
| Bill To: | Ava Conger | **Invoice #:** | **4777708** |
| | Kilpatrick Townsend & Stockton LLP | **Invoice Date:** | **1/20/2021** |
| | 1100 Peachtree St NE | **Balance Due:** | **$505.00** |
| | Suite 2800 | | |
| | Atlanta, GA, 30309 | | |

| | |
|---|---|
| **Case: KSSR Properties, LLC v. Crown Castle Fiber, LLC, Et Al (119CV02708TCB)** | **Proceeding Type: Depositions** |

Job #: 4374106   |   Job Date: 1/7/2021   |   Delivery: Normal

Location:          Roswell, GA

Billing Atty:       Ava Conger

Scheduling Atty:   Edward Burch Esq | Smith Gambrell Russell LLP

| Witness: James McNeely | Quantity | Price | Amount |
|---|---|---|---|
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Digitizing & Transcript Synchronization | 4.00 | $105.00 | $420.00 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | **$505.00** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$505.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ███████

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4777708** |
| **Invoice Date:** | **1/20/2021** |
| **Balance Due:** | **$505.00** |

## Veritext, LLC - Southeast Region

Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: ██████



| Bill To: | Ava Conger | | |
|---|---|---|---|
| | Kilpatrick Townsend & Stockton LLP | **Invoice #:** | **4812690** |
| | 1100 Peachtree St NE | **Invoice Date:** | **2/8/2021** |
| | Suite 2800 | **Balance Due:** | **$372.00** |
| | Atlanta, GA, 30309 | | |

| Case: KSSR Properties, LLC v. Crown Castle Fiber, LLC, Et Al (119CV02708TCB) | Proceeding Type: Depositions |
|---|---|

Job #: 4413846   |   Job Date: 1/22/2021   |   Delivery: Normal

| Location: | Roswell, GA |
|---|---|
| Billing Atty: | Ava Conger |
| Scheduling Atty: | Edward Burch Esq | Smith Gambrell Russell LLP |

| Witness: 30(b)(6) James Skinner | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 90.00 | $3.15 | $283.50 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Witness Read and Sign Services | 1.00 | $12.50 | $12.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| Notes: | **Invoice Total:** | **$372.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$372.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ██████

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **4812690** |
|---|---|
| **Invoice Date:** | **2/8/2021** |
| **Balance Due:** | **$372.00** |

29450

# Veritext, LLC - Southeast Region

Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: ████████



| Bill To: | Ava Conger | | |
|---|---|---|---|
| | Kilpatrick Townsend & Stockton LLP | **Invoice #:** | **4818071** |
| | 1100 Peachtree St NE | **Invoice Date:** | **2/15/2021** |
| | Suite 2800 | **Balance Due:** | **$235.00** |
| | Atlanta, GA, 30309 | | |

**Case: KSSR Properties, LLC v. Crown Castle Fiber, LLC, Et Al (119CV02708TCB)**    **Proceeding Type: Depositions**

Job #: 4413846   |   Job Date: 1/22/2021   |   Delivery: Normal

| | |
|---|---|
| Location: | Roswell, GA |
| Billing Atty: | Ava Conger |
| Scheduling Atty: | Edward Burch Esq | Smith Gambrell Russell LLP |

| Witness: 30(b)(6) James Skinner | Quantity | Price | Amount |
|---|---|---|---|
| Video - MPEG/Digitizing | 2.00 | $75.00 | $150.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$235.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$235.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ████████

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **4818071** |
|---|---|
| **Invoice Date:** | **2/15/2021** |
| **Balance Due:** | **$235.00** |

Legal Ease Attorney Services, Inc.

# Invoice

645 Waldo Street, SE
Atlanta, GA.  30312

| Date | Invoice # |
|------|-----------|
| 12/27/2019 | 7918 |

| Bill To |
|---------|
| Kilpatrick Townsend & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia  30309-4530 |

| Ref. No. | Terms | Due Date | Order Date | Firm/Contact |
|----------|-------|----------|------------|--------------|
| Bell South | Net 15 | 1/11/2020 | 12/19/2019 | Monica Roberts |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Legal Document Reproduction Charge. | 14 | 0.35 | 4.90 |
| Service of Process Zone A.  Served Utilities Protection Center, Inc. on 12/19/19 by serving Jonathan Wilson, Registered Agent, at his business. | | 65.00 | 65.00 |
| Expedite Fee.  Same day service. | | 45.00 | 45.00 |
| Service of Process Zone D.  Served USIC Locating Services, LLC on 12/19/19 by serving Linda Banks, CT Corporation System, Registered Agent, at her business. | | 95.00 | 95.00 |
| Expedite Fee.  **No charge to client** | | 0.00 | 0.00 |
| **Emailed affidavits of service to client.  Returned original affidavits of service via US Mail** | | 0.00 | 0.00 |

We appreciate your business.
There is a 5% late fee to all invoices over 30 days past due.

| | |
|---|---|
| **Total** | $209.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $209.90 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 404-849-1240 | 404-624-9181 | legaleaseatlanta@outlook.com |

**DEB PUCKETT & ASSOCIATES**
CERTIFIED COURT REPORTERS
636 Old Ivy Road - Atlanta, Georgia 30342
Phone: 678-428-3562
debpuckett@bellsouth.net
www.debpuckett.com

# INVOICE

KILPATRICK TOWNSEND & STOCKTON, LLP
ATTN: AVA J. CONGER
1100 PEACHTREE STREET
SUITE 2800
ATLANTA, GA  30309

**Invoice Number:** **102489**
Invoice Date:   11/25/2020
Rebill Printed:   01/11/2021
**\*\*\* REBILL \*\*\***

In Re:   KSSR PROPERTIES vs. BELLSOUTH COMMUNICATIONS, LLC and GOOGLE FIBER, INC.
Witness(s): SCOTT SIMCOX
Attendance Date: 11/05/2020, 10:00 a.m.
Reporter: Deb Puckett

Description
One copy

| | |
|---|---|
| Invoice Total: | 513.00 |
| Interest: | 4.30 |
| Total Amount Due: | 517.30 |

Tax ID: ███████



# INVOICE

P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P:(844) 359-1173 F: 267.775.3310

**Invoice No:** 154016

**Invoice Date:** 11/05/2020

**Payment Terms:** Net 30

**BILL TO:**
Ava Conger
Kilpatrick Townsend & Stockton - Atlanta
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia  30309-4530
United States

**Case Name:** KSSR Properties, LLC v Bellsouth Telecommunications, LLC and Google Fiber INC.
**Witness:** Vinay Bose
**Event Date:** 10/13/2020
**Matter No:** Kilpatrick Townsend matter 1141284, AT&T Tymetrix number 71669
**Note:** This invoice reflects your portion of the 50/50 split
**Location:** LegalView - All parties appearing remotely - Concluding at 6:55 pm

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Original Transcript & 1 Copy | 388 | $725.56 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | N/C |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| Exhibits | 91 | $11.83 |
| Reporter Appearance Fee | 1 | $97.50 |
| Reporter Appearance Fee - After Hours | 2 | $55.00 |
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | N/C |
| LegalView - Remote Video Recording - COMPLIMENTARY | 1 | N/C |
| E-Bundle / Lit Support Package | 1 | $21.75 |
| Processing, Handling & Archiving | 1 | $15.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: ███        1.5% finance charge per month on delinquent balances.        Payment not contingent upon client reimbursement.

To pay this invoice by credit card, visit
https://www.lexitaslegal.com/bill-pay
and enter job #2020-91867

| | |
|---|---|
| Total Due | $926.64 |
| Payments/Credits | $926.64 |
| **Balance Due** | $0.00 |

**James M. McNeely**
2180 Cammie Wages Rd.
Dacula, GA  30019
surveyormcneely@gmail.com

# INVOICE

**BILL TO**

Kilpatrick Townsend &
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309

**INVOICE #** 1198
**DATE** 01/09/2021
**DUE DATE** 02/08/2021
**TERMS** Net 30

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 01/05/2021 | **Services** | Preparation session | 4 | 125.00 | 500.00 |
| 01/07/2021 | **Services** | Deposition. | 4 | 125.00 | 500.00 |

Terms of Payment:
Less than 30 days - 5% discount
30 to 60 days      - Invoiced amount
69 to 90 days      - 5%/month until paid
After 90 days      - Re-invoice, collections

BALANCE DUE

**$1,000.00**

Please include the invoice number on your check.

If you have any questions about this invoice, please
contact Aaron McNeely, 404-542-1219Call: 404-542-
1219, ammcneely@gmail.com or James M. McNeely,
404-405-3696Call: 404-405-3696,
surveyormcneely@gmail.com

Thank You For Your Business!
http://surveyormcneely.com



**GEORGIA 811**
Utilities Protection Center, Inc.

PO BOX 536434
ATLANTA, GA 30353-6434
770-623-4332, Option #4

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/9/2020 | REC2019 |

| Member Code |
|-------------|
|             |

| Bill To |
|---------|
| Kilpatrick Townsend & Stockton LLP |
| Suite 2800, 1100 Peachtree St NE |
| Atlanta, GA 30309-4528 |
| Attn: Ava Conger |

| | Monthly |
|--|---------|
| | Quarterly |
| | Annual |

| | P.O. No. | Terms |
|--|----------|-------|
| | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Search | Recordings | 26 | 75.00 | 1,950.00 |

| **Total** | $1,950.00 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,950.00 |

If paying by check, please include your invoice number
and member code to ensure payment is applied correctly.

Thank you!

Please note Georgia 811 is a 501(c)(6) organization. Contributions or gifts to us are not deductible as charitable
contributions for federal income tax purposes.



1141284

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/26/2019 | S191227 |

| Member Code |
|-------------|
| |

PO BOX 536434
ATLANTA, GA 30353-6434
770-623-4332, Option #4

| Bill To |
|---------|
| Kilpatrick Townsend & Stockton LLP |
| Suite 2800, 1100 Peachtree St NE |
| Atlanta, GA 30309-4528 |
| Attn: Ava Conger |

| | |
|--|--|
| | Monthly |
| | Quarterly |
| | Annual |

| | P.O. No. | Terms |
|--|----------|-------|
| | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Search | Locate Request Search | | 300.00 | 300.00 |

| **Total** | $300.00 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $300.00 |

If paying by check, please include your invoice number
and member code to ensure payment is applied correctly.

Thank you!

Please note Georgia 811 is a 501(c)(6) organization. Contributions or gifts to us are not deductible as charitable
contributions for federal income tax purposes.

# GEORGE C. REID, LLC

3330 Cumberland Boulevard
Suite 325
ATLANTA, GEORGIA 30339
(770) 818-4430

INVOICE

August 13, 2020

John P. Jett                                          Invoice Number:
Kilpatrick Townsend                                   4048156500
   & Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, Georgia 30309

   Re:   <u>KSSR Properties, LLC vs. Crown Castle Fiber, LLC, et al.</u>
         CAFN: 1:19-cv-02708-TCB

| DESCRIPTION OF SERVICES | HOURS |
|---|---|
| 08/11/2019  Review detailed pre-mediation submissions;<br>Mediation Conference | 9.8 |

(9.8 hrs.)  x $125.00 = $1,225.00

TOTAL AMOUNT DUE FROM YOUR CLIENT:              $1,225.00

DUE AND PAYABLE UPON RECEIPT
PLEASE REMIT STATEMENT WITH PAYMENT

The Social Law Library
John Adams Courthouse
One Pemberton Square, Suite 4100
Boston, MA 02108-1792

ORDER #: **CC-23799**
03/25/2021
Full Member
**KI225**
Client/Matter:1141284 /

Mateeka Smith
Kilpatrick Townsend & Stockton LLP
Suite 2800 1100 Peachtree Street NE Atlanta, GA
30309-4528

**CONTACT:**
Mateeka Smith
VOX:  (404) 815-6500
FAX:
matsmith@kilpatricktownsend.com

## Completed Products

| Item | Description | Unit Price | Quantity/Amt | | Subtotal |
|------|-------------|-----------|--------------|---|----------|
| 16 | Retrieval | $2.50 | Items | 1 | $2.50 |
| 40 | FAX/EMAIL | $1.20 | Items | 18 | $21.60 |

**Order Description**

| | |
|---|---|
| **Total:** | **$24.10** |
| **Paid:** | **$0.00** |
| **Balance:** | **$24.10** |

# JOANNE V. CAPELOTO
**Attorney at Law**
**28116 Plantation Drive NE**
**Atlanta, Georgia 30324**
**404-812-9680**
**joanne@jvclaw.com**

January 9, 2020

<u>**BY E-MAIL ONLY**</u>
Ms. Ava J. Conger
Mr. John P. Jett
Kilpatrick Townsend
1100 Peachtree Street NE
Suite 2800
Atlanta, Georgia 30309-4528

## STATEMENT

RE:   KSSR Properties, LLC v. BellSouth Telecommunication, LLC et al
      U.S. District Court-Northern District of Georgia 1:19-CV-2708-TCB
      3669 Powers Ferry Road in Land Lot 97, 17th District, Fulton County, Georgia
      JVC File 2497-1219

Full title exam 12/8/19 Online & 12/9/19 Courthouse
5.5 hours @ $120                                                    $  660.00

Review of title order package sent from Ava Conger  12/10/19
Preparation of title exhibits  12/17/19
Conversation with Ava Conger  12/18/19
5.8 hours @ $250                                                    $1450.00

Expenses:    Copies              $36.00
             Mileage:  20 @ $.58  $11.60
             Parking             $16.00
             Federal Express     $12.40
                                                                    $   76.00

**TOTAL NOW DUE**                                                   **$2186.00**

**JOANNE V. CAPELOTO**
**Attorney at Law**
**28116 Plantation Drive NE**
**Atlanta, Georgia 30324**
**404-812-9680**
**joanne@jvclaw.com**

April 3, 2020

**BY FEDERAL EXPRESS**
Ms. Ava J. Conger
Mr. John P. Jett
Kilpatrick Townsend
1100 Peachtree Street NE
Suite 2800
Atlanta, Georgia 30309-4528

| STATEMENT #2 – SERVICES 2/27/20 - 4/3/20 |
|---|

RE: KSSR Properties, LLC v. BellSouth Telecommunication, LLC et al
   U.S. District Court-Northern District of Georgia 1:19-CV-2708-TCB
   3669 Powers Ferry Road in Land Lot 97, 17th District, Fulton County, Georgia
   JVC File 2497-1219

| | |
|---|---|
| Telephone conference with A. Conger  2/27/20 | |
| 0.8 hours @ $250 | $ 200.00 |
| Preparation of Expert Witness Report  3/4/20 & 3/6/20 | |
| 1.2 hours @ $250 | $ 300.00 |
| Telephone Conference with A. Conger & Jim Anderson | |
| Revision of Report 3/13/20  1.4 hours @ $250 | $ 350.00 |
| Telephone Conference with A. Conger & Jim Anderson | |
| Revision of Report  3/30/20  0.5 hours | $ 125.00 |
| Telephone Conference with A. Conger/Revision of Report | |
| 4/3/20  0.3 hours | $   75.00 |
| Federal Express | $   15.00 |
| **TOTAL NOW DUE** | **$1065.00** |

**Watts & Browning, Engineers, Inc.**
**1349 Old 41 Hwy., NW**
**Suite 225**
**Marietta, GA 30060**
678-324-6192

Kilpatrick, Townsend & Stockton, LLP
John Jett
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309-4528

Invoice number     4315
Date                    04/21/2020

Project  **200213  POWERS FERRY ROAD 3669**

For Professional Services Through April 21, 2020

Boundary Survey per attached scope of services

| Description | Amount Billed This Invoice | Total Billed to Date |
|---|---|---|
| **Boundary Survey** | 3,270.00 | 3,270.00 |
| *Professional Survey Services* | | |
| Total | 3,270.00 | 3,270.00 |

Invoice total       **3,270.00**

Kilpatrick, Townsend & Stockton, LLP
Project   **200213  POWERS FERRY ROAD 3669**

Invoice number   4315
Date   04/21/2020

**Invoice Summary**

| Description | | Contract Amount | Prior Billed | Current Billed |
|---|---|---|---|---|
| **BOUNDARY SURVEY** | | 3,270.00 | 0.00 | 3,270.00 |
| *Professional Survey Services* | | | | |
| **ADDITIONAL BOUNDARY SURVEY** | | | | |
| **ADDITIONAL OFFICE** | | 0.00 | 0.00 | 0.00 |
| *Office Services* | | | | |
| **ADDITIONAL FIELD** | | 0.00 | 0.00 | 0.00 |
| *Field Services* | | | | |
| | Subtotal | 0.00 | 0.00 | 0.00 |
| **REIMBURSABLE SURVEY EXPENSES** | | 0.00 | 0.00 | 0.00 |
| | Total | 3,270.00 | 0.00 | 3,270.00 |

**Aging Summary**

| Invoice Number | Invoice Date | Outstanding | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|
| 4315 | 04/21/2020 | 3,270.00 | 3,270.00 | | | | |
| | Total | 3,270.00 | 3,270.00 | 0.00 | 0.00 | 0.00 | 0.00 |

*\*\* NOTE - Past due invoices will accrue Finance Charges at the rate of 1.5% per month.*

**Watts & Browning, Engineers, Inc.**
1349 Old 41 Hwy., NW
Suite 225
Marietta, GA 30060
678-324-6192

| | |
|---|---|
| Kilpatrick, Townsend & Stockton, LLP | Invoice number    4396 |
| John Jett | Date              05/20/2020 |
| 1100 Peachtree Street NE | |
| Suite 2800 | Project  **200213  POWERS FERRY ROAD 3669** |
| Atlanta, GA 30309-4528 | |

For Professional Services Through May 19, 2020

Boundary Survey per attached scope of services

**Additional Boundary Survey**

**Additional Office**

*Office Services*

Professional Services

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| 509 - Surveying | | | |
| 04/22/2020 | | | |
| Virgil T. Hammond | | | |
| Principal, RLS | 0.25 | 150.00 | 37.50 |
| *Conference call with Ave Conger and Jim Anderson* | | | |
| 04/23/2020 | | | |
| Alexander M. MacDonald | | | |
| Drafter II | 2.00 | 75.00 | 150.00 |
| *Draw survey of record legal prior to r/w taking; Address field update comments.* | | | |
| Virgil T. Hammond | | | |
| Principal, RLS | 2.00 | 150.00 | 300.00 |
| *Compute boundary prior to r/w taking at request of Jim Anderson.* | | | |
| 04/24/2020 | | | |
| Alexander M. MacDonald | | | |
| Drafter II | 1.00 | 75.00 | 75.00 |
| *Redlines* | | | |
| Virgil T. Hammond | | | |
| Principal, RLS | 0.33 | 150.00 | 49.50 |
| *Review revision to add Sheet 4 of 4 showing property prior to 1980's r/w taking.* | | | |
| 04/28/2020 | | | |
| Bruce C. Puryear | | | |
| Research & Survey Supervisor | 0.75 | 80.00 | 60.00 |
| *Research Zoning* | | | |
| 04/29/2020 | | | |
| Virgil T. Hammond | | | |
| Principal, RLS | 0.50 | 150.00 | 75.00 |
| *Review zoning research, compile zoning notes and redline plat for drafter to add setbacks* | | | |

**Additional Boundary Survey**

**Additional Office**

*Office Services*

Professional Services

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| 509 - Surveying | | | |
| 04/30/2020 | | | |
| Alexander M. MacDonald | | | |
| Drafter II | 1.00 | 75.00 | 75.00 |
| *Redlines* | | | |
| Virgil T. Hammond | | | |
| Principal, RLS | 0.25 | 150.00 | 37.50 |
| *Review revised plat to add setback lines* | | | |
| 05/08/2020 | | | |
| Virgil T. Hammond | | | |
| Principal, RLS | 1.25 | 150.00 | 187.50 |
| *Conference call with Ava and Jim to discuss furnished surveys.* | | | |
| | 1.00 | 150.00 | 150.00 |
| *Review furnished surveys by PEC, McNeely  and Bostwick* | | | |
| 05/12/2020 | | | |
| Alexander M. MacDonald | | | |
| Drafter II | 1.50 | 75.00 | 112.50 |
| *Prepare exhibit showing exhibit a boundary & record legal prior to r/w taking boundary* | | | |
| 05/13/2020 | | | |
| Virgil T. Hammond | | | |
| Principal, RLS | 0.33 | 150.00 | 49.50 |
| *Phone call with Jim Anderson to discuss the survey* | | | |
| | 0.25 | 150.00 | 37.50 |
| *Review exhibit of overlay requested by Jim Anderson* | | | |
| Phase subtotal | | | 1,396.50 |
| Additional Boundary Survey subtotal | | | 1,396.50 |

**Reimbursable Survey Expenses**

Reimbursable Expenses

| | Units | Billed Amount |
|---|---|---|
| 05/13/2020 | | |
| 24" X 36" Prints | 7.00 | 21.00 |
| *One set of prints of the 1980 DOT plans for Jim Anderson* | | |
| | 15.00 | 45.00 |
| *One set of prints of the 1958 DOT Plans for Jim Anderson* | | |
| | 4.00 | 12.00 |
| *One set of prints of the S&B DRaft Survey 4/30/2020* | | |
| Phase subtotal | | 78.00 |
| Invoice total | | **1,474.50** |

Kilpatrick, Townsend & Stockton, LLP                                           Invoice number  4396
Project  **200213  POWERS FERRY ROAD 3669**                                    Date           05/20/2020

**Invoice Summary**

| Description | | Contract Amount | Prior Billed | Current Billed |
|---|---|---|---|---|
| **BOUNDARY SURVEY** | | 3,270.00 | 3,270.00 | 0.00 |
| *Professional Survey Services* | | | | |
| **ADDITIONAL BOUNDARY SURVEY** | | | | |
| **ADDITIONAL OFFICE** | | 0.00 | 0.00 | 1,396.50 |
| *Office Services* | | | | |
| **ADDITIONAL FIELD** | | 0.00 | 0.00 | 0.00 |
| *Field Services* | | | | |
| | Subtotal | 0.00 | 0.00 | 1,396.50 |
| **REIMBURSABLE SURVEY EXPENSES** | | 0.00 | 0.00 | 78.00 |
| | Total | 3,270.00 | 3,270.00 | 1,474.50 |

**Aging Summary**

| Invoice Number | Invoice Date | Outstanding | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|
| 4315 | 04/21/2020 | 3,270.00 | 3,270.00 | | | | |
| 4396 | 05/20/2020 | 1,474.50 | 1,474.50 | | | | |
| | Total | 4,744.50 | 4,744.50 | 0.00 | 0.00 | 0.00 | 0.00 |

*\*\* NOTE - Past due invoices will accrue Finance Charges at the rate of 1.5% per month.*

---

**Watts & Browning, Engineers, Inc.**
**1349 Old 41 Hwy., NW**
**Suite 225**
**Marietta, GA 30060**
678-324-6192

Kilpatrick, Townsend & Stockton, LLP
John Jett
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309-4528

| | |
|---|---|
| Invoice number | 4626 |
| Date | 08/20/2020 |
| **Project** | **200213  POWERS FERRY ROAD 3669** |

For Professional Services Through August 20, 2020

Boundary Survey per attached scope of services

**Additional Boundary Survey**

 **Additional Office**

 *Office Services*

 Professional Services

| | | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| 509 - Surveying | | | | |
| 08/04/2020 | | | | |
| Virgil T. Hammond | | | | |
| Principal, RLS | | 0.10 | 150.00 | 15.00 |
| *Compute encroachment area for Ave Conger* | | | | |
| | Additional Boundary Survey subtotal | | | 15.00 |
| | Invoice total | | | **15.00** |

---

**Invoice Summary**

| Description | Contract Amount | Prior Billed | Current Billed |
|---|---|---|---|
| **BOUNDARY SURVEY** | 3,270.00 | 3,270.00 | 0.00 |
| *Professional Survey Services* | | | |
| **ADDITIONAL BOUNDARY SURVEY** | | | |
| **ADDITIONAL OFFICE** | 0.00 | 1,396.50 | 15.00 |
| *Office Services* | | | |
| **ADDITIONAL FIELD** | 0.00 | 0.00 | 0.00 |
| *Field Services* | | | |
| Subtotal | 0.00 | 1,396.50 | 15.00 |
| **REIMBURSABLE SURVEY EXPENSES** | | 78.00 | 0.00 |
| Total | 3,270.00 | 4,744.50 | 15.00 |

**Aging Summary**

| Invoice Number | Invoice Date | Outstanding | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|
| 4626 | 08/20/2020 | 15.00 | 15.00 | | | | |
| | Total | 15.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 |

*\*\* NOTE - Past due invoices will accrue Finance Charges at the rate of 1.5% per month.*