# EXHIBIT

# H

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KSSR PROPERTIES, LLC,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CROWN CASTLE USA, INC., BELLSOUTH TELECOMMUNICATIONS, LLC, GOOGLE, LLC, and CHICAGO TITLE INSURANCE COMPANY,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-02708-TCB |

## OFFER OF SETTLEMENT

BellSouth Telecommunications, LLC makes this written offer of settlement under O.C.G.A. § 9-11-68, to settle all of Plaintiff's claims against BellSouth Telecommunications, LLC for a single lump-sum payment of $30,000.

(1)　This proposal is made in accordance with O.C.G.A. § 9-11-68;

(2)　This proposal is made by Defendant BellSouth Telecommunications, LLC to Plaintiff KSSR Properties, LLC;

(3)　This proposal relates to all of Plaintiff's claims against BellSouth Telecommunications, LLC asserted in Plaintiff's Complaint;[1]

---

[1] BellSouth Telecommunications, LLC was substituted for BellSouth, LLC, and AT&T Inc. was dismissed. (Doc. 19).

(4) This proposal is subject to Plaintiff's agreement to dismiss with prejudice all claims in Plaintiff's Complaint against BellSouth Telecommunications, LLC and to execute a release of all claims against BellSouth Telecommunications, LLC;

(5) The total proposed settlement amount is $30,000;

(6) The proposed settlement amount includes $0 for punitive damages;

(7) The proposed settlement amount includes Plaintiff's attorney's fees and other expenses and costs incurred, to the extent Plaintiff seeks attorney's fees in connection with the claims asserted against BellSouth Telecommunications, LLC;

(8) A certificate of service is attached.

If Plaintiff does not accept this offer and fails to recover the requisite amount of damages in any trial of this matter, BellSouth Telecommunications, LLC will pursue the attorneys' fees and costs incurred in defending against Plaintiff's claims. *See* O.C.G.A. § 9-11-68(b)(1).

Dated this 9th day of July, 2019.

/s/John P. Jett
John P. Jett
Georgia Bar No. 827033
Ava J. Conger
Georgia Bar No. 676247
KILPATRICK TOWNSEND
   & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Tel: (404) 815-6500
Fax: (404) 815-6555
jjett@kilpatricktownsend.com
aconger@kilpatricktownsend.com

*Counsel for BellSouth Telecommunications, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KSSR PROPERTIES, LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>CROWN CASTLE USA, INC., BELLSOUTH TELECOMMUNICATIONS, LLC, GOOGLE, LLC, and CHICAGO TITLE INSURANCE COMPANY,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-02708-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I served a true and correct copy of the foregoing on counsel for Plaintiff KSSR Properties, LLC, by statutory overnight delivery and electronic mail, to the following address:

Stuart Teague
Keisha Chambless
Teague & Chambless, LLLP
110 Samaritan Drive, Suite 109
Cumming, Georgia 30040
steague@thegeorgiaattorneys.com
kchambless@thegeorgiaattorneys.com

Larry C. Oldham
Larry C. Oldham, P.C.
416 Pirkle Ferry Road
Suite K-500
Cumming, Georgia 30040
larryoldham@lcopc.com

Date: July 9, 2019

|  |  |
|---|---|
| KILPATRICK TOWNSEND<br>   & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br>Phone: (404) 815-6020<br>Fax: (404) 541-3174<br>jjett@kilpatricktownsend.com | /s/John P. Jett<br>John P. Jett<br>GA Bar No. 827033<br><br>*Counsel for BellSouth<br>Telecommunications, LLC* |

5