# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KSSR PROPERTIES, LLC, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BELLSOUTH TELECOMMUNICATIONS, )<br>LLC, and GOOGLE FIBER INC., )<br>)<br>   Defendants. )<br>_____ ) | CIVIL ACTION FILE NO:<br>1:19-CV-2708-TCB |

## SATISFACTION OF JUDGMENT OF
## <u>BELLSOUTH TELECOMMMUNICATIONS, LLC</u>

Defendant/Counterclaimant BellSouth Telecommunications, LLC gives notice that the Order and Judgment entered by this Court on December 14, 2021 (Doc. 186) and all costs have been completely satisfied and paid in full.

This 12th day of December, 2022.

                                            Respectfully submitted,

| | |
|---|---|
| | /s/ John P. Jett |
| KILPATRICK TOWNSEND & | John P. Jett |
|    STOCKTON LLP | Georgia Bar No. 827033 |
| 1100 Peachtree Street, Suite 2800 | Ava J. Conger |
| Atlanta, Georgia 30309 | Georgia Bar No. 676247 |
| Phone: (404) 815-6500 | jjett@kilpatricktownsend.com |
| Fax: (404) 815-6555 | aconger@kilpatricktownsend.com |

SGR/41622426.1

# CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing **Satisfaction of Judgment of BellSouth Telecommunications, LLC** electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties on the date indicated below to:

>Edward D. Burch, Jr.
>Edward H. Wasmuth, Jr.
>Kathryn M. Zickert
>SMITH, GAMBRELL & RUSSELL, LLP
>1105 W. Peachtree Street, N.E.
>Suite 1000
>Atlanta, Georgia  30309
>
>LARRY C. OLDHAM, P.C.
>Larry C. Oldham
>416 Pirkle Ferry Road, Suite K-500
>Cumming, Georgia 30040
>
>TEAGUE & CHAMBLESS, LLLP
>J. Stuart Teague, Jr.
>Keisha Chambless
>110 Samaritan Drive, Suite 109
>Cumming, Georgia  30040
>
>*Counsel for KSSR Properties, LLC*
>
>Jessica R. Watson
>Abigail Castleberry
>NELSON MULLINS RILEY & SCARBOROUGH, LLP
>201 17th Street NW, Suite 1700
>Atlanta, Georgia 30363
>
>*Counsel for Defendant Google*

This 12th day of December, 2022.

KILPATRICK TOWNSEND &
   STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Phone: (404) 815-6500
Fax: (404) 815-6555

/s/ John P. Jett
John P. Jett
Georgia Bar No. 827033
Ava J. Conger
Georgia Bar No. 676247
jjett@kilpatricktownsend.com
aconger@kilpatricktownsend.com

*Counsel for Defendant Bellsouth Telecommunications, LLC*

SGR/41622426.1